Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HUMBERTO JIMENEZ-PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>    Respondent(s). | No. 2:25-cv-02631-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND PETITION AND TO AMEND BRIEFING SCHEDULE |

The Court has reviewed the parties stipulated motion for leave to amend the petition and for an amended briefing schedule. The stipulated motion is **GRANTED**.

The parties are **ORDERED** to complete their briefing as follows:

<u>Briefing Schedule:</u>

- Petitioner will file his amended petition by January 23, 2026.
- Respondents will file their return on the habeas by Februrary 6, 2026.
- Petitioner will file his reply by February 11, 2026.

**IT IS SO ORDERED**.
DATED this 14th day of January, 2026.

_____
JAMES L. ROBART
United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND PETITION AND TO AMEND BRIEFING SCHEDULE - 1

No. 2:25-cv-02631-JLR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961